IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD W. CLEMENT, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>WELLPOINT, INC.; ANGELA F. BRALY; WAYNE DEVEYDT; and LARRY C. GLASSCOCK;<br><br>　　　　　Defendants. | Case No. 1:08-cv-0526-SEB-WTL<br><br>Acknowledged.<br><br>_/s/ Sarah Evans Barker_<br>SARAH EVANS BARKER, JUDGE<br>United States District Court<br>Southern District of Indiana<br><br>5/21/08 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, Donald W. Clement, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), hereby dismisses the above-captioned case. No Defendant has served an answer or motion for summary judgment in this matter. The Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim, and the dismissal of the above-captioned case is therefore without prejudice.

DATED:  May 19, 2008

COHEN & MALAD, LLP

/s/ Scott D. Gilchrist
Scott D. Gilchrist

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
One Indiana Square
Suite 1400
Indianapolis, Indiana  46204
Telephone: 317/636-6481
317/636-2593 (fax)
sgilchrist@cohenandmalad.com
 5/21/08

1

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on May 19, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher G. Scanlon<br>James H. Ham III<br>Matthew T. Albaugh<br>BAKER & DANIELS LLP<br>chris.scanlon@bakerd.com<br>jay.ham@bakerd.com<br>matthew.albaugh@bakerd.com | Irwin B. Levin<br>Richard E. Shevitz<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>ilevin@cohenandmalad.com<br>rshevitz@cohenandmalad.com<br>sgilchrist@cohenandmalad.com |
| Seth Aronson<br>Michael Maddigan<br>David Hurwitz<br>Lindsay Welch<br>O'MELVENY & MYERS LLP<br>saronson@omm.com<br>mmaddigan@omm.com<br>dhurwitz@omm.com<br>lwelch@omm.com | Richard A. Maniskas<br>D. Seamus Kaskela<br>David M. Promisloff<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>rmaniskas@sbtklaw.com<br>skaskela@sbtklaw.com<br>dpromisloff@sbtklaw.com |

/s/ Scott D. Gilchrist
Scott D. Gilchrist

Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
E-mail:  sgilchrist@cohenandmalad.com